# First District Court of Appeal
## State of Florida

———————————————

No. 1D2022-4215

———————————————

Joseph Melvin Ternus,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Joshua M. Hawkes, Judge.

February 1, 2024

Per Curiam.

Affirmed.

Lewis, Winokur, and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.